TORRANCE LEON WILLIAMS JR
c/o Daniel Hananiah Mishael Azariah Ali El
980 Terrace ST
Muskegon, MI 49440
At: Muskegon County Jail

The Complaint Form:

A. UNITED STATES DISTRICT COURT (A.)

Western District of Michigan

399 Federal Building, 110 Michigan ST. NW,

Grand Rapids, MI 49503

FILED - GR
February 23, 2023 1:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: KB 2/24

1:23-cv-189
Sally J. Berens
U.S. Magistrate Judge

TORRANCE LEON WILLIAMS JR, et al, Daniel Hananiah Mishael Azariah Ali El, et al, UNITED STATES INTERNAL REVENUE SERVICE, et al, UNITED NATIONS, et al, Beyonce Giselle, et al, NEW AMEXEM Accounting MARKETING $ INVESTING, et al

V.

MUSKEGON COUNTY 60th DISTRICT COURT, et al, MUSKEGON COUNTY 14th CIRCUIT COURT, Muskegon County sheriff Michael J. Poulin, et al, et al, Judge Paula Baker Mathes, et al, MUSKEGON COUNTY JAIL, et al, Prosecutor Matthew Roberts, et al, Prosecutor Robert F. Hedges, et al, President Joseph R. Biden, et al, Vice President Kaamala Harris, et al, Prosecutor Timmothy Maat, et al, Prosecutor Charles Thomas Koop II, et al, Governor Gretchen Whitmer, et al, Attorney General Dana Nessel, et al, Prosecutor Katheryn Helen Norton, et al, Muskegon Jail Deputy Wallestine, et al, Judge Maria Landas Hoopes, et al, Judge Raymond J. Kostrzewa Jr, et al, Muskegon County Public Defender Charles Ayres, et al, Muskegon Jail Deputy Schuber, et al, Judge Harold F. Closz III, et al, Judge William C. Marietti, et al, Muskegon County Jail Deputy Misely, Muskegon County Jail Deputy Durga, et al, Prosecutor Dale J. Hilson, et al, Judge Annette Rose Smedely, et al, Fantasia Brown, et al, MICHAEL KOBZA HALL OF JUSTICE, et al, MUSKEGON COUNTY PUBLIC DEFENDER OFFICE, et al, MUSKEGON POLICE DEPARTMENT, et al, Muskegon police officer J. P. Evans, et al, Muskegon Heights police officer McCall, et al, Pastor Yvonne Crawford, et al, Muskegon Jail Deputy Nevins, et al, Muskegon Jail Deputy Larson, et al

Complaint

Civil Action No. _____

I. JURISDICTION & VENUE (B)

1. This is a Civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of The United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declatory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 228332284 ~~[illegible]~~ and Rule 65 of the Federal Rules of Civil procedure.

2. UNITED STATES DISTRICT COURT:
Western District of Michigan 399 Federal Building, 110 Michigan St. N.W., Grand Rapids, MI 49503 is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFFS(C)

3. Plaintiff, TORRANCE LEON WILLIAMS JR, also known as Daniel Hananiah Mishael Azariah Ali El, and Daniel Hananiah Ali El in short form, is and was at all times mentioned herein a prisoner of the STATE OF MICHIGAN in the custody of the MUSKEGON COUNTY JAIL. He is currently confined in THE MUSKEGON COUNTY JAIL, in Muskegon, Michigan.

## III. DEFENDANTS

4. Defendant, Judge Annette Rose Smedely ~~[struck out]~~ is the Chief Judge of The STATE OF MICHIGAN 14th CIRCUIT COURT. She is legally responsible for the overall operation of the department and each institution under its jurisdiction, including THE MUSKEGON COUNTY JAIL where plaintiffs are confined.

5. Defendant, Michael J. Poulin is the Superintendent/Warden of THE MUSKEGON COUNTY JAIL. He is legally responsible for the operation of THE MUSKEGON COUNTY JAIL and for the welfare of all the inmates in that Jail.

6. Defendant, Deputy Mosely is a correctional officer of THE MUSKEGON COUNTY JAIL, at all times mentioned in this complaint, held the rank of County Officer and was assigned to THE MUSKEGON COUNTY JAIL.

7. Each defendant is sued individually and in his or her official capacity. At all times mentioned in this Complaint, each defendant acted under the color of state law.

## III. FACTS(E)

- On June/26th/2020 TORRANCE LEON WILLIAMS JR, also known as natural person indigenous Moor American National Daniel Hananiah M'shael Azariah Ali EL and Daniel Hananiah Ali EL in short form was illegally arrested by The MUSKEGON POLICE DEPARTMENT without a warrant or any probable cause upon his girlfriend at the time DAPHNE DENISE SPANN DENNIE making one of her many false police reports against TORRANCE LEON WILLIAMS JR a.k.a. natural person indigenous Moor American National Daniel Hananiah M'shael Azariah Ali EL and Daniel Hananiah Ali EL in short form, on behalf to THE COUNTY OF MUSKEGON Prosecutors office, COUNTY OF MUSKEGON 60th District, and COUNTY OF MUSKEGON 14th CIRCUIT COURTS Judges Maria Laodas Hoopes, Judge Harold F. Closz III, Judge Paula Baker Mathes, Judge Raymond J. Kostrzewa Jr, Judge William C. Marietti, and Judge Annette Rose Smedely in conjunction with STATE OF MICHIGAN Governor Gretchen Whitmer, E. PLURIBUS UNUM THE UNITED STATES OF AMERICA foreign European corporation president Joseph R. Biden, and his vice president Kaamala Harris to attempt to help Joseph R. Biden, Kaamala Harris, Governor Gretchen Whitmer, and The Biden administration suppress the fact from The UNITED STATES INTERNAL REVENUE SERVICE that they laundered, and embezzled money from THE UNITED STATES FEDERAL RESERVE SYSTEM fraudulently using my Daniel Hananiah M'shael Azariah Ali EL(natural person) irrevocable trust NEW AMEXEM ACCOUNTING MARKETING $ INVESTING in conjunction with his/my dad's original public estate name TORRANCE LEON WILLIAMS to fund Joseph R. Biden's 2020 Presidential Campaign with filing a fraudulent 1041 Tax return with the IRS for 2019 along with my

- Governor Gretchen Whitmer along with Kaamala Harris and Joseph R. Biden using The county of Muskegon's prosecutors Robert F. Hedges, Dale J. Hilson, Matthew Roberts, Timothy Maat, Charles Thomas Koop II, and Katherine Helen Norton; used Toney Penalton who was Daphne Spann's actual boyfriend in whom I was unaware of his and Daphne's relations until I was making arrangements to move out of the house with Daphne Spann, to with the assistance of Daphne Spann applied for a fraudulent Chauffers drivers license at The Michigan Secretary of State using my dad's original public estate's name TORRANCE LEON WILLIAMS in conjunction with my public estate's corporation TORRANCE LEON WILLIAMS JR social security number, and had Toney Penalton transfer it to California where they had relocated him to; during the time that it was set up for me to be involved with Daphne Spann while Toney and Daphne aided The COUNTY OF MUSKEGON, Governor Gretchen Whitmer, Kaamala Harris and Joseph R. Biden with stealing my public estate's and indigenous natural persons identities! They had Toney Penalton of Muskegon Heights, Michigan also apply for a California Voter Registration card when he transferred the fraudulent Chauffer's Michigan drivers license to California, and had him vote for Joseph R. Biden in the 2020 presidential election for the UNITED STATES OF AMERICA's foreign european corporation in a attempt to add my public estate TORRANCE LEON WILLIAMS JR federal Reserve account to a european white democracy, so that way he could control it, and steal The UNITED STATES STOCK EXCHANGE MARKET in which sold off to my public estate corporation TORRANCE LEON WILLIAMS JR. This is the reason the Democratic political Party pressured The United States Post master general to allow mail in voting in 2020! Now, upon information and belief, my public estate's identity TORRANCE LEON WILLIAMS JR; along with it's social security number was not the only public estate Democrats cross matched with another public estate's identity, and also many other Democrats I am unfamiliar with around the United States helped with cross matching public estate identities

-During the time I was in alleged protective custody at Hackley Hospital in May 2020 is when Daphne Spann took Toney Penalton to The Michigan Secretary of State to apply for the fraudulent chaufer's drivers license! I was taken into alleged protective custody by The Muskegon Police Department after I made one of several police reports to The Muskegon Police Department informing them about Daphne Spann literally attempting to stab and kill me; along with the false police reports she was making; as she was being coached by Judge Maria Landas Hoopes with The County of MUSKEGON 60th District Court directly working alongside Governor Gretchen Whitmer who was and has been working with UNITED STATES OF AMERICA's foreign european Corporation's current President Joseph R. Biden, and his Vice President Kamamala Harris conspiring against me; as they tried to make me out to be a political opponet!

-Daphne Spann informed me on several occassions when she would get drunk, and times when her conscious would condemn her that she was meeting with Judge Maria Landas Hoopes, and her daughter; in which I cannot remember her name in Twin Lake Michigan when she would leave her mom, and I at the apartment we lived at in Glen Oaks in Muskegon, Michigan with her son, so that way she could go out with her friends! During these times when Daphne Spann was meeting with Judge Maria Landas Hoopes and her daughter on weekends probably about twice a month during the times Daphne and I were allegedly boyfriend and girlfriend would be the times Judge Maria Landas Hoopes with Governor Gretchen Whitmer's teamwork from a distance would be coaching Daphne Spann on how to create a domestic violence crime against me without my participation, or negative reaction to be enticed into committing a crime against her which never occurred! Daphne Spann apologized to me during sex on one occassion for her moral misdeeds against me; as she would always compliment me for being the best man she had ever been envolved with! Nevertheless, upon information from The United States Secret Service who has been present at The Muskegon County Jail I was later indirectly informed after I was kidnapped by The Muskegon Police Department that Daphne Spann prior to physically meeting me entered into a deal with COUNTY OF MUSKEGON COURT officials to conspire against me with the motive to help them feloneously steal jurisdiction to

my public estate corporation TORRANCE LEON WILLIAMS JR in which is protected within my irrevocable trust New Amexem Accounting Marketing & Investing and is on file with the Michigan Department of State Uniform Commercial Code Division; along with my Uniform Commercial Code Financing Statement; in which now needs to be amended accompanied with my Michigan business licensing for my public estate and corporation TORRANCE LEON WILLIAMS JR, It's By Laws and security agreement, and my irrevocable trust New Amexem Accounting Marketing & Investing; in which have all been furnished with full faith and credit in all courts of justice and elsewhere! I provided The Western District of Michigan District Court located at 399 Federal Building, 110 Michigan ST. N.W. Grand Rapids, Michigan with a copy of this information with a previous case I filed in that United States District Court with the case number being 1:19-CV-1030.

- Now, prior to me meeting Daphne Spann in 2019 Governor Gretchen Whitmer without my direct knowledge at the time made a deal with my ex-wife Joynetta Shonta Grover to buy out her public estate corporation, and with the plotting with Joynetta had her attempt to set me up to be killed as Joynetta's sacrificial offering with their deal, so that way they could commit insurance fraud with The United States Federal Reserve System to dissolve the assets including stocks and shares with my public estate corporation TORRANCE LEON WILLIAMS JR to fund Joseph R. Biden's 2020 presidential Campaign! During this time Governor Gretchen Whitmer was slated to be Joseph R. Biden's presidential Campaign running mate until I revealed the details I am revealing in this Complaint with The COUNTY OF MUSKEGON 60th District Court on the record in writing, and partially verbatim with Case number 20210324FY, The Michigan Department of Treasury, and The United States Internal Revenue Service Headquarters! Anyhow, after Joynetta abandoned me in Lansing, Michigan she and Governor Gretchen Whitmer attempted to have me set up to be killed by acquaintances Joynetta had in which I was unfamiliar with, but aware of after Governor Gretchen Whitmer, Kamala Harris, and Joseph R. Biden along with many other Democrats were using military technology to listen to my phone calls, and each stole part of my business plan and each made it part of their 2020 presidential Campaigns when Democrats had a army full of Democrats running for the Democratic nomination to run against former United States of America's president Donald John Trump in the 2020 general election.

Also, during this time, when my ex-wife Joynetta Shonta Grover abandoned me in Lansing, MI. Kaamala Harris sent several informats to meet with me and get to know me! One of the informats Kaamala Harris sent my way informed me that her name was Kaamala when indeed it wasn't as I later learned who Kaamala Harris really is! Nevertheless, wanted to use me to run for office to be The president of The United States of America's foreign European Corporation against president Donald John Trump, after they were unsuccessful with having him impeached in both the United States House of Representatives, and The United States Senate! When Joseph R. Biden, Governor Gretchen Whitmer, and Kaamala Harris's learned through the informats they sent my way that I do not, never will I ever have any intentions to become The United States Foreign European Corporations president is when they attempted to slickly have me killed in Lansing, Michigan via staging shootings directly around me, deliberate vehicle accidents where I was almost hit several times in addition to with sabbotaging the vehicle my ex-wife Joynetta Shonta Grover and I had by continuously loosening the lug nuts off of our vehicles. To send me a message to tell me that she was out for me Governor Gretchen Whitmer had a aquaintence of mine I would give a ride to work shot and killed directly next to Joynetta's and I vehicle at the time in the back parking lot of Joynetta's mom Latanya Grovers apartment complex located at 3200 S. Washington Ave. Lansing, MI. I informed pastor Nathaniel Thomas and his wife who pastors Mind Body & Soul church in Lansing, Michigan about many of these incidents! He furnished me money so that way I could get out of Lansing, Michigan, and The United States military personnel helped make sure I was able to escape from Lansing undetected! The main person I was in direct contact with inside The United States Military was United States Air Force personnel Keairra Bankhead! Prior to me reaching Lansing, Michigan when I escaped from being killed in Wisconsin I was in contact with her some then as well as United States Air Force Personnel Ogieh Armstrong Ohiembor, and United States flight attendant Patricia Elizabeth Jarvis. State of Wisconsin court officials Judge Kent Hoffman, Judge Rebecca Persick, and Prosecuting attorney Samantha Bastil along with The Eastern District of Wisconsin court officials attempted to have me haunted and killed by both the City of Sheboygan police Department, and City of Wausau Police Department after I opened a court case against the 72nd District Court, and the City of Sheboygan police department for stealing my 1991 Chevy Camaro out of my backyard when I resided there, and for tickets I should have not recieved, in addition to a child support case I disputed!

The complaint form continued...
Case 1:23-cv-00189-SJB ECF No. 1, PageID.8 Filed 02/23/23 Page 8 of 20
Page 8 of 19

- Former United States attorney general William Barr conducted a illegal investigation on me once I opened the Federal court cases in Wisconsin, and attempted to set me up with different encounters with both the Sheboygan and Wausau Police Departments to be killed by having laced marijuana furnished to me from my ex-wife Joynetta Shonta Grover; in which caused me to go in and out of my mind causing me to act abnormally, and having the police called on me where on one occassion a unidentified Sheboygan police officer pulled out his actual gun on me at a park in Sheboygan Wisconsin, but for some reason let me walk free! Former United States attorney general William Barr, also tried to feloneously apprehend me by furnishing my ex-wife Joynetta Shonta Grover sister Jazmine Grenske's boyfriend/child's father Nicholas James Bifano with drugs, so that way they could have their apartment raided hoping to catch me in the raid as he and Wisconsin court officials were attempting to feloneously steal jurisdiction to my public estate's corporation TORRANCE LEON WILLIAMS JR right before I obtained the licensing for it, but I had begun operating my business New Amexem Accounting Marketing & Investing in which was known as Amexem Underground at that time! All of this controversy began because I challenged the jurisdiction of The County of Sheboygan 72nd District Court with the false claims they attempted to bring against my estate.

- Prior to the raiding of my ex-wife's sister's home in which I did not reside at Joynetta was in contact with a unknown source to me, but as I realized we were escorted out of Sheboygan Wisconsin north into Wausau Wisconsin by United States Federal Government personnel! About a week later I believe it was my ex-wife Joynetta furnished me some marijuana before she went to go dance at Grand Daddy's Gentlemen Club that was again laced; in which upon information and belief I believe was laced with the drug LSD. I tried to beg her for help as I was going in and out my mind again this time at The Plaza Hotel in Wisconsin! From their Joynetta took me directly into a unknown neighborhood where she made me get out of the car and she called the Wausau police on me, and I was tased 3 times in a row when I couldn't control my body! Another officer attempted to pull his gun as I witnessed until I hit the ground the third time! I was then taken to Aspirus hospital where I was sorrounded by a room full of doctors who already seemed to know who I was! However, I blanked out for literally three days where I was unconscious and woke up without my memory; in which I am still struggling with to this present day! These incidents occurred between the months of April 2018 and June 2018.

- Now, moving forward again, to the occurences I informed you about in Lansing, Michigan with Governor Gretchen Whitmer, now United States of America's foreign European Corporation Vice president Kaamala Harris, and current president Joseph R. Biden were using military technology to listen to my cell phone calls; as well as view my cell phone's screen in real time when I would be active on my phone; by them doing this, they took noticed that I was pursuing Daphne Spann once they had my ex wife Joynetta Shonta Grover abandon me while I was still in Lansing, Michigan and they were being unsuccessful with having me killed after Governor Gretchen Whitmer had me set up at Bank of America on Pennsylvania Ave, and had a $5 million dollar check I had earned with The United States Internal Revenue Service Stolen from me by officer Lance Leiter with The Lansing Police Department on a discrimination call against me to have me put out the financial institution after the check was verified that it was a real check; due to the color of my skin and the face value amount being $5 million dollars on the check. During the course of these events as I later learned through time and placing pieces to the puzzle together with conversations Daphne Spann and I had. I later found out that Daphne Spann was being used as a informat, and a set up chick with Toney Penalton who the County of Muskegon Court officials collectively with Governor Gretchen Whitmer, now United States of America's vice president Kaamala Harris and president Joseph R. Biden had moved to California when they observed that I was interested in having Daphne Spann as my new significant other. From there, Governor Gretchen Whitmer contacted Judge Maria Laadas Hoopes who consummated a deal sexually with my dad Torrance Leon Williams SG, to attempt to use him to persuade me into relinquishing jurisdiction with my public estate corporation TORRANCE LEON WILLIAMS JR, and irrevocable trust New Amexem Accounting Marketing & Investing LLC. Meanwhile, Judge Maria Ladaas Hoopes with The County of Muskegon 60th District Court, and County of Muskegon prosecutors; in addition to The Muskegon Police Department as I first hand witnessed when Daphne Spann began acting of her normal character with me as I made progress to move out of the house with her were all coaching Daphne Spann on how to set me up for The Muskegon Police Department to kidnapp me into the Muskegon County Jail where I am now! Governor Gretchen Whitmer and County of Muskegon Court officials also used my adopted brother Michael Antonio Williams to attempt to steal my public estate's identity when I had my public estate's social security card mailed to his address in which he stole on their behalf.

- My adopted brother Michael Antonio Williams prior to him stealing my public estate's social security card informed me that he was in trouble with The County of Muskegon's Friend of The Court, and informed me while we had a conversation about me now having my own business that he needed help paying child support to his ex-wife Tetchionna Clay! I informed him about privatizing his public estate, so that way he could take care of his children without The County of Muskegon IV-D agency being in his pockets and his personal business. I ended up cutting the conversation short when he made me uncomfortable as I felt he was insinuating that he wanted my business for himself when we ended up touching on the subject about my tax returns per he as well as my dad Torrance Leon Williams Sr randomly made reference to my tax returns out the blue! I did however, tell my mom Terees Lynn Williams and my dad Torrance Leon Williams Sr about the $5million dollar check I'd earned with The United States Internal Revenue Service along with showing them the tax transcripts and a copy of the check someone at Chase Bank on pennsylvania avenue in Lansing, MI photocopied when I attempted to deposit it there in 2019.!

- Now, prior to me moving in with Daphne Spann I resided in Grand Rapids, Michigan with my cousins Deandre Edris Mcquillar and Ebone Janae Simmons who I later learned are my cousins who are in a incestry relationship. Anyhow, I also resided at Mel Trotter mens shelter when we had a fallout when I informed Deandre that Ebone was entertaining other men behind his back, and bragging to me about it; in addition to pressing up on me. During that time in which was about September 2019 as I recall, I was conversating with Daphne Spann on the phone, and I learned from Daphne Spann that she was enrolled in Nuvo School of cosmotology in Muskegon Michigan, and was classmates with my adopted brother ex-wife Tetchionna Clay! I asked Daphne if she could retrieve my public estate's social security card by asking Tetchionna to give it to her as Tetchionna was still going back and forth to pick her mail up from the house with Michael. Daphne informed me that Tetchionna told her that she never witnessed my public estate's social security card in the mail when she would pick up her mail, so I acquired another one, and had it mailed to a UPS mail box I later rented in Grand Rapids, Michigan

"Nevertheless, during the time I resided at Glen Oaks apartments with Daphne Spann in Muskegon, Michigan I had gotten back in contact with U.S. Air Force military personnel Ojieh Armstrong Ohiembor in whom I later discovered was being used to spy on me for both former United States of America's president Donald John Trump, and also being used by Governor Gretchen Whitmer playing both sides of the fence for Republicans and Democrats as they all attempted to label me a "political threat" as upon information and belief that at this point that the whole United States were listening to my phone calls via The United States military! During this time, before Ojieh had come clean with me with who he really was, I had taken Ojieh back on as a client, this is after all how we had gotten acquainted in the first place in Wisconsin when I first started my business and advertised it on youtube! With my skills I made a $2,500,000.00 investment with The United States Internal Revenue Service on his behalf along with a $2,500,000.00 investment to The Georgia State Treasury, while paying off bills he had including donating $9,999,999 to his child support trust established for his child's mom in Dayton, Ohio; as I was also helping him get that case closed.

"While Ojieh and I were waiting to recieve our 2019 tax refunds, and I was going to help him start a drive through car wash with the investment earnings I helped him acquire. I allowed him to convince me to meet up with him in Atlanta Georgia. I thought it was a great idea because I didn't want to be in Muskegon when my tax refunds were deposited due to the fact that Daphne Spann was running her mouth like a steam locamotive to everyone about how I was helping her advance her business, and the $150,000,000 in total I generated on her behalf I made for her in investments with The United States Internal Revenue Service, I had felt very unsafe! When I informed Daphne about Ojieh, and I plans; in which she seemed to already be aware of as she was excited and didn't question me on anything, she packed up the house and gave things away to her friend Jordan as if we were moving, but she retained tenancy of the apartment. I later learned that Daphne Spann had a connection to Ojieh Armstrong Ohiembor as he, as I later learned via Governor Gretchen Whitmer's Corona Virus briefings was in affiliation with Governor Gretchen Whitmer who was orchestrating a plot against me with Judge Maria Ladas Hoopes, and other County of Muskegon court officials!

- Now, once Daphne Spann and I had made it to Atlanta Georgia, and by the way on the way there I noticed; in addition with Daphne informing me that she was ~~Daphne~~ ~~texting~~ texting numerous people unknown to myself about our locations we were passing on the highway to Atlanta Georgia. However, in Atlanta as I was smoking marijuana Daphne had furnished me I later found out was laced with cocaine I informed Daphne that I felt as if we had been followed there, and she started arguing me down about being paranoid, and I can't remember what else we argued about. We never had any physical altercation, but upon completion of the argument after we had verified our identities for personal and business accounts I had established for us at Michigan State Credit Union in Grand Rapids, Michigan. I, ~~as~~ verbally articulated to Daphne Spann that I did not want to be with her anymore and I was not taking anything from her. Daphne later on ~~a~~ left me stranded in Atlanta, but upon her leaving me stranded I witnessed the leader of The World Health Organization approach Daphne as if he were the Devil himself scolding her. Directly after that Daphne and I visited a Fifth Third Bank where I had a encounter in whom I believe was someone from The United States Internal Revenue Service where for some reason I furnished some black lady my backpack which contained my business items such as licensing, tax returns, and notebook along with my cell phone as if she was robbing me in a stick up.

- From there Daphne left me stranded in Atlanta Georgia after I ended up coming in contact with a police officer I had asked for help from due to me feeling uncomfortable with Daphne as I felt the effects of the drug laced in the marijuana Daphne furnished me. I had a half ounce 14 grams, so I was smoking on ~~that~~ before I noticed that part of it was laced for days. However, the police officer called an ambulance that took me away to a well Star hospital. Daphne didn't follow the ambulance with the excuse her son was hungry. When I called Daphne to come pick me up from the well Star hospital I felt very unsafe at she told me that she was at home as if she had left from Atlanta on the highway back to Muskegon and hung up the phone.

- I then left the well star hospital on foot in pursuit to hopes that I would find my way back to the hotel Daphne and I were lodged at, so that way I could acquire stable help to make it back to Michigan and hope I could keep the room we had until I acquired the help. However, once I stepped out the doors of the well star hospital into the pitch black night, I was being haunted by the Klu Klux Klahn for about two days where they were deliberately attempting to haunt and kill me. I witnessed a Klahn member get out his vehicle that he parked up the street and walk back down the street toward where I was at with a gun in his hand saying "come out you can't hide from the Khlan." I sheltered in place outside that night behind a solid sign I believe was a brick sign with ground lights on in front of it. I was in a Federal Judges Neighborhood. I realized this from the names on mailboxes I witnessed on the street curbs with some displaying the title Judge on them. Anyhow, the next early day a.m. I again began to try to find my way back to the hotel Daphne and I had stayed at. I think it was called the Country Inn. As I was searching the right direction I believed I should go, I literally witnessed Ojieh Armstrong Otirembor dressed in a hoodie and jeans when we walked past each other. He looked as if he was up to no good, so I didn't say anything to him, I kept walking and observed my surroundings. He looked as if he thought he recognized me, but he wasn't sure. We both witnessed each other on a video call before. Once, I realized I was in Merritta Georgia, and I needed to walk down I-75 highway to get back to Atlanta; when I turned around I witnessed Ojieh walking in my direction with a pistol in his hand as I noticed he was trying to ease up on me with it from a distance. I, then quickly hurried around the under pass of the bridge I then crossed walking down I-75 highway. I later noticed after a while The United States Department of Defense upon information and belief was escorting me around as I was trying to find my way back to the hotel, but I later found myself in what I identified as a game of hide and seek with The U.S. Military. During that time I was stopped by police when I was in a neighborhood I was told by them I wasn't supposed to be in.

- Rapper Lil Baby has a song called The Bigger Picture where he rapped about his encounter with members with The Black Lives Matter organization, where they were Corona virus masks acknowledging me when I was detained in the back of the police car I was put in, and I was saying I couldn't breath. Now, both Democrats and Republicans informed me though a banner I witnessed walking down the highway that they were all in this together. Anyhow, while I was being detained, it was revealed to me silently by the paramedics who arrived on the scene that they were from Kent County and Ottawa County Michigan when they flashed their badges to me. I was informed by the paramedic who was a black guy from Kent County that I needed to stay calm because I was in a serious life or death situation. I did, and they escorted me to Emory hospital where I had a encounter with The Center of Disease Control wearing hazmat suits and face shields, but prior to that during my encounter with police, one of the officers asked me in anger where did I sleep the night before and I told him outside behind a sign.

- Now, when I was discharged from Emory hospital in Atlanta I was later picked up by another set of police officers who I identified upon information and belief were Police officers from Michigan after my encounter with the paramedics from Michigan. They all however were in Georgia Police cars. I had my second encounter with police when a lady called the police on me because I knocked on her door to use the phone. Nevertheless, these officers dropped me off in front of the Grady Memorial Hospital where I wasn't allowed to enter to use the phone. I again slept outside that night across the street from The Georgia State Capitol in some bushes at a monument site, where I witnessed The United States military looking for me upon information and belief; as if they were playing hide and seek. They continuously road around in cars around the monument site along with a helocopter in the air searching for me. The next day I had a third encounter with police where I asked for help when I left a chiropracter office U.S. Military personnel escorted me to. I witnessed U.S. military personnel Dwight Clark there stopping in. Anyhow, the police called the paramedics where the paramedics checked me in to Grady memorial hospital where I was checked out before being admitted. Ojieh Armstrong Ohiember ex-girlfriend Tisha Johns upon information and belief was one of the nurses there who comforted me.

The Complaint Form Continued--- Details                    Page 15 of 19
Case 1:23-cv-00189-SJB   ECF No. 1, PageID.15   Filed 02/23/23   Page 15 of 20

Note: Please be aware that due to the extensive array of details, and the style of envelopes I have limited access to; due to me not always being fortunate to order commissary, and the games in which are being played by The COUNTY OF MUSKEGON Courts with Governor Gretchen Whitmer and Michigan's Attorney General Dana Nessel hosting them on behalf to U.S.A. President Joseph R. Biden, his Vice President Kaamala Harris and Democrats around the nation with bets on my commissary orders with women so called looking for love; as they have been decieved into this fraudulent competition for Democrats to be able to tie a fraudulent fixture to my public estate Corporation TORRANCE LEON WILLIAMS JR and irrevocable trust New Amexem Accounting Marketing & Investing; in which I have continuously articulated in writing via Muskegon County Jail Kites to The Muskegon County Jail Command team that I do not consent to whatsoever. Governor Gretchen Whitmer and Michigan's Attorney General Dana Nessel along with U.S.A. President Joseph R. Biden and his Vice President Kaamala Harris have all recieved my input with my rejection to what they are illegally doing; in which includes attempting to sex traffic women! However, they insist on violating all my constitutional rights along with all rights I retain as a pupil as they are running a unlawful direct Democracy against me, and my Queen/Empresses Beyoncé Giselle (singer), Teairra Tucker (U.S. Air Force Personnel), and Patricia Elizabeth Jarvis (U.S. Flight Attendant) attempting to forcefully, feloneously steal jurisdiction to our public estate's with our bodies along with our irrevocable trust New Amexem Accounting Marketing & Investing; along with our tribal estate government New Amexem Divine Government Kingdom of Morocco; as they are attempting to force us to mix our genetics and property rights with european white Democrats, or Moors they have a european white fixture to in order to steal The United States Stock Exchange Market while also feloneously stealing all political power from all republican people with their Treasonistic attempt to overthrow The United States Federal Government, and attempt to force me to work for them in involuntary servitude; as they ultimately attempt to suppress from The United States Internal Revenue Service that they laundered and embezzled money from The United States Federal Reserve System using my dad's original public estate's name TORRANCE LEON WILLIAMS in conjunction with me and my Queen B/Empress Beyoncé Giselle irrevocable trust New Amexem Accounting Marketing & Investing LLC to fund Joseph R. Biden's 2020 Presidential Campaign, and to cover up the voter fraud with the fraudulent compromising they committed with my public estate's identity TORRANCE LEON WILLIAMS JR and potentially other American people public identities

So, with those enormous details explained, along with the Summary of event details I have explained leading up to my illegal/unlawful detention/imprisonment at The Muskegon County Jail Correctional facility. I am respectfully informing you the Western District of Michigan United States District Court that; I being unable to fit the full complaint, with all the details with this complaint in one envelope alone, will be accompanying, this first portion with this complaint with a additional envelope with the remainder of details with this complaint with a handwritten Motion for Leave to File a Amended Complaint. Both envelopes have been placed in The United States Postal Service mail together.

## IV LEGAL CLAIMS (F)

The Deprivation of Rights ~~under color of law~~ 42 U.S.C. Section 1983, ~~and~~ The Deprivation of Rights under color of law 18 U.S.C. section 242, The Deprivation of Rights by Violence; penalty 29 U.S.C. section 530, and the Prohibition against deprivation of, interferance with, and punishment for exercising rights and privileges secured by Section 2000a or 2000a-1 of this title 42 U.S.C. 2000a-2 Violated plaintiff TORRANCE LEON WILLIAMS JR also known as Daniel Hananiah Michael Azariah Ali El natural person Beyoncè Giselle, Teairra Tucker, and Patricia Elizabeth Jarvis rights and constituted a due process violation, unreasonable search and seizure violation, and no warrant violation, double jeopardy violation of life, deprivation of life liberty and property without due process of law violation, the right to a speedy and public trial ~~within~~ by a impartial jury ~~within~~ of the State and district wherein the crime shall have been committed with having compulsory process for obtaining witnesses in his favor, ~~and~~ to have the assistance of council for his defence violation, the right to a trial by jury violation, excessive bail violation, Cruel and Unusual punishment violation, the enumeration in the Constitution of certain rights being construed, denied and disparaged others retained by the people violations, and powers not delegated to the United States by the Constitution, nor prohibited by it to the states to the people violation, and the Judicial power of the United States ~~shall~~ not to be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign States violation under the Fourth, Fifth, Sixth, Seventh, Eighth, Nineth, Tenth, ~~and~~ Eleventh, and Fourteenth Amendments to the United States Constitution. In addition, ~~to~~ with Articles 4 section 1, and Article 6 Section 2 to The United States Constitution.

The plaintiff(s) has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff(s) has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declatory and injunctive relief which plaintiff(s) seeks.

## V PRAYER FOR RELIEF (G)

WHEREFORE, plaintiff(s) respectively prays that this court enter judgement granting plaintiff(s):

A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

A preliminary and permanent injunction ordering defendants COUNTY OF MUSKEGON 60th DISTRICT COURT, COUNTY OF MUSKEGON 14th CIRCUIT COURT, MUSKEGON COUNTY JAIL, Michael E. Kobza Hall of Justice, Governor Gretchen Whitmer, Attorney General Dana Nessel, Judge Maria Landas Hoopes, Judge Paula Baker Mathes, Judge Raymond J. Kostrzewa Jr, Judge Harold F. Closz III, Judge William C. Marietti, Judge Annette Rose Smedely, Prosecutor Dale J. Hilson, Prosecutor Matthew Roberts, Prosecutor Robert F. Hedges, Prosecutor Timmothy Maat, Prosecutor Charles Thomas Koop II, Prosecutor Katheryn Helen Norton, Muskegon County Sheriff Michael J. Poulin, Muskegon Police Department, Muskegon Heights police officer McCall, Muskegon Jail Deputy Mosely, Muskegon Jail Deputy Durga, Muskegon Jail Deputy Nevins, Muskegon Jail Deputy Larson, Muskegon Jail Deputy Wallestine, Muskegon Jail Deputy Schuber, Pastor Yvonne Crowford, U.S.A. President Joseph R. Biden, U.S.A. Vice President Kaamala Harris their successors in office, agents and employees and all other persons acting in concert and participation with them, from illegally and unlawfully detentioning TORRANCE LEON WILLIAMS JR also known as Daniel Hananiah Mishael Azariah Ali El natural person at The Muskegon County Jail, or any other correctional facility; as well as immediately remove the fraudulent stipulation to be placed on a teather with the personal recognizance bond he has already been granted; in which was issued on June/22nd/2021.

PRAYER FOR RELIEF Continued on reverse side...

15. Compensatory damages in the amount of $112,800,000 against each defendant, jointly and severally for $5,000 per hour of detainment assesment fee ~~I have as a label warring on my tribal estate nationality natural person identification card~~ for the total of 32 months total

16. Punitive damages in the amount of $100,000,000,000 against each defendant for the violation of the Fidelity Bond agreement within the security agreement ~~and~~ affidavit TORRANCE LEON WILLIAMS JR has with Daniel Hannniah Mishael Azariah Ali El natural person who is the secured party on file with The Michigan Department of State Uniform Commercial Code Division, and the amount of $100,000 against defendants Governor Gretchen Whitmer, Attorney General Dana Nessel, U.S.A. President Joseph R. Biden, U.S.A. Vice President Kamala Harris, Judge Harold F. Closz III, Judge Maria Laudas Hoopes, Judge Paula Baker Mathes, Judge Raymond J Kostrzewa Jr, Judge William C. Marietti, Prosecutor Dale J. Hilson, Prosecutor Robert F. Hedges, Prosecutor Matthew Roberts, Prosecutor Charles Thomas Koop II, Prosecutor Timmothy Maat, Prosecutor Katheryn Helen Norton, Muskegon Public Defender Charles Ayres, and Judge Annette Rose Smedely for the Affidavit of Judicial Notice TORRANCE LEON WILLIAMS JR has with Daniel Hannaiah Mishael Azariah Ali El natural person who is the secured party on file with The Michigan Department of State Uniform Commercial Code Division.

17. A Jury Trial on all issues triable by jury

18. Plaintiff's costs in this suit

19. Any additional relief this court deems just, proper, and equitable

Dated: February/18th/2023

Respectfully Submitted,

TORRANCE LEON WILLIAMS JR a.k.a. Daniel Hannaiah Mishael Azariah Ali El

AT: Muskegon County Jail 980 Terrace ST. Muskegon, MI 49440

~~Note:~~ Note: Upon being granted a Judgement in the Plaintiff(s) favor ~~~~ The Plaintiff(s) will each like to be awarded the compensatory Damages in the form of a check and the Punitive Damage Judgement to be donated to The United States Treasury to help The United States Federal Government to pay down the double national debt and help The United States Federal Government pay it's bills.

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Muskegon, Michigan on February/18th/2023

All Rights Reserved UCC 1-207 & 1-308
Signature: By: Torrance Leon Williams Jr
TORRANCE LEON WILLIAMS JR

All Rights Reserved UCC 1-207 & 1-308
Signature: By: Daniel Hananiah Mishael Azariah Ali El
Daniel Hananiah Mishael Azariah Ali El

Muskegon County Jail
980 Terrace St
Muskegon, MI 49440

Inmate Name: TORRANCE LEON WILLIAMS JR
c/o a.k.a. Daniel Hananiah M'shael Azariah Ali El
"Natural" person



Attn: Western District of Michigan
c/o: United States District Court
399 Federal Building, 110 Michigan St. N.W.,
Grand Rapids, MI 49503